|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 07-CR-0657-WQH |
|---|---|---|
| Plaintiff, | ) | ORDER SUBSTITUTING ATTORNEY |
| vs. | ) | |
| Leonel Guillermo Prieto-Chavez | ) | |
| Defendant. | ) | |
| _____ | ) | |

**O R D E R**

**IT IS HEREBY ORDERED** that Attorney Nancee S. Schwartz shall be substituted in place and instead of the Office of David Arredondo for all purposes in the above-entitled matter.

DATED: January 10, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge